IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACTION CAPITAL CORPORATION,
a Georgia corporation

        Plaintiff

vs.                                 No. 2:05CV73697
                                   Judge Avern Cohn
UNLIMITED SOLUTIONS, INC.,        Magistrate Judge Pepe
a Michigan corporation,
CYNTHIA PHILLIPS, CITY OF
DETROIT, a municipal corporation, and
DETROIT BOARD OF EDUCATION, a/k/a
DETROIT PUBLIC SCHOOLS

        Defendants
_____/

ORDER ALLOWING VOLUNTARY
DISMISSAL OF COMPLAINT AS TO
DEFENDANT, CITY OF DETROIT, A
MUNICIPAL CORPORATION, ONLY,
PURSUANT TO F.R.CIV.P. 41(a)(1)

      Upon reading the stipulation of the parties who have to date entered appearances, and the court being duly advised in the premises, now, therefore, it is hereby

      IT IS HEREBY ORDERED that the Complaint filed by the plaintiff as to the defendant, City of Detroit, a municipal corporation, only, is hereby dismissed without costs at the request of the plaintiff pursuant to F.R.Civ.P. 41(a)(1).

      SO ORDERED.

                                                        s/ Avern Cohn
                                                        HONORABLE AVERN COHN
                                                        U.S. District Court Judge

Dated: February 22, 2006
#110